# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JENNIFER KILPATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE |
| ) | FILE NO. 5:19-cv-00073-MTT |
| GEORGIA CVS PHARMACY, LLC, ) | |
| and JOHN DOES NOS. 1-10, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Georgia CVS Pharmacy, LLC, by and through undersigned counsel, and hereby files this Corporate Disclosure Statement, pursuant to Fed. R. Civ. P. 7.1(a) and LR 87.1, as follows:

Georgia CVS Pharmacy, LLC is a Georgia limited liability company. Its only member is CVS Pharmacy, Inc., a foreign corporation with a principal place of business in Rhode Island. Georgia CVS Pharmacy, LLC is not a corporation, and no parent company owns 10% or more of its stock.

THIS 14th day of March, 2019.

       Respectfully submitted,

       **BENDIN SUMRALL & LADNER, LLC**

       By:   /s/ Anam Justus
         BRIAN D. TRULOCK
         Georgia Bar Number 559510
         ANAM JUSTUS
         Georgia Bar Number 936538
         One Midtown Plaza, Suite 800
         1360 Peachtree Street, NE
         Atlanta, Georgia 30309
         Telephone: (404) 671-3100
         Facsimile: (404) 671-3080
         E-mail: btrulock@bsllaw.net
         E-mail: ajustus@bsllaw.net
         *Counsel for Defendant*
         *Georgia CVS Pharmacy, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JENNIFER KILPATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE |
| ) | FILE NO. 5:19-cv-00073-MTT |
| GEORGIA CVS PHARMACY, LLC, ) | |
| and JOHN DOES NOS. 1-10, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a true and correct copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** upon all parties to this matter by electronically filing a copy of same with the Clerk of Court using the CM/ECF filing system which will automatically send notice to the following attorney of record:

David Dozier
Dozier Law Firm
327 Third Street
P.O. Box 13
Macon, GA  31202-0013
david@dozierlaw.com

THIS 14th day of March, 2019.

        Respectfully submitted,

        **BENDIN SUMRALL & LADNER, LLC**

        By:   /s/ Anam Justus
            BRIAN D. TRULOCK
            Georgia Bar Number 559510
            ANAM JUSTUS
            Georgia Bar Number 936538
            One Midtown Plaza, Suite 800
            1360 Peachtree Street, NE
            Atlanta, Georgia 30309
            Telephone:   (404) 671-3100
            Facsimile:   (404) 671-3080
            E-mail: btrulock@bsllaw.net
            E-mail: ajustus@bsllaw.net
        *Counsel for Defendant*
        *Georgia CVS Pharmacy, LLC*